FILED
CLERK, U.S. DISTRICT COURT

December 7, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSTONE SPECIALTY INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     vs.<br><br>HEALTH CARE INDUSTRY LIABILITY RECIPROCAL INSURANCE COMPANY,<br><br>             Defendants.<br>_____<br><br>HEALTH CARE INDUSTRY LIABILITY RECIPROCAL INSURANCE COMPANY,<br><br>             Counterclaimant,<br><br>     vs.<br><br>STARSTONE SPECIALTY INSURANCE COMPANY,<br><br>             Counter-defendant. | Case No.: 2:20-cv-03447 SB (GJSx)<br><br>**ORDER OF DISMISSAL** |

1    Based on the stipulation of Plaintiff and Counter-defendant StarStone

2  Specialty Insurance Company ("StarStone") and Defendant and Counterclaimant

3  Health Care Industry Liability Reciprocal Insurance Company ("HealthCap"), this

4  action, including both StarStone's Complaint and HealthCap's Counterclaim, is

5  hereby dismissed with prejudice in its entirety.

6

7    **IT IS SO ORDERED**.

8

9    Signed this 7th day of December, 2020

10

11                        UNITED STATES DISTRICT COURT

12

13           By: _____
                  The Honorable Stanley Blumenfeld Jr.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28